UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WIEG, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>GENERAL MOTORS LLC,<br><br>          Defendant. | Case No. 23-cv-04358-SI<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO PARTIES' JOINT REQUEST**<br><br>Re: Dkt. No. 55 |

On August 26, 2024, the parties jointly requested that this matter be dismissed with prejudice pursuant to a settlement agreement. Dkt. No. 55. The Court hereby dismisses this case with prejudice. The case shall be terminated accordingly.

**IT IS SO ORDERED**.

Dated: August 28, 2024

_____
SUSAN ILLSTON
United States District Judge